IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PAUL TOOSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.  2:02-cv-737-MEF |
| | ) | |
| STATE OF ALABAMA DEPARTMENT | ) | |
| OF TRANSPORTATION, *et al.,* | ) | (WO) |
| | ) | |
| Defendants. | ) | |

# FINAL  JUDGMENT

Pursuant to the Joint Stipulation of Dismissal (Doc. #33) filed by the parties on May 10, 2006, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 11th day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE